APPEAL No. 76-366. MARY LETTS *v.* DONALD LETTS *et al.* Motion of plaintiff to affirm judgment below pursuant to Rule 16(g) is denied. *Zimmerman, Roszkowski & Brenner, Joseph J. Roszkowski,* for plaintiff. *John A. Mutter,* for defendants.

APPEAL No. 76-370. BARBARA B. KERNEY *v.* BRUCE E. KERNEY. Motion of plaintiff for extension of time in which to file a motion under Rule 16(g) is granted. Joslin, J. not participating. *Ray H. Durfee,* for plaintiff. *William W. Corcoran,* for defendant.

APPEAL No. 77-36. ELEANOR M. JOHANSEN *v.* HAROLD L. JOHANSEN. Motion of defendant to extend the time for filing his brief is granted and said brief shall be filed on or before March 21, 1977. *A. Norman LaSalle, Norman L. Grant,* for plaintiff. *Ferdinand A. Bruno, Joseph J. Recupero,* for defendant.